UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JUDY K. COOK                                                                              PLAINTIFF

V.                              NO. 3:17-CV-00296-DPM-JTR

NANCY A. BERRYHILL,
Deputy Commissioner for Operations,
performing the duties and functions
not reserved to the Commissioner of
Social Security Administration                                                          DEFENDANT

# ORDER

Plaintiff, Judy K. Cook, seeks judicial review of the administrative denial of her claim for social security disability. *Doc. 2*. The Commissioner has filed an Unopposed Motion to Reverse and Remand for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g). *Doc. 10*. The Motion states that Cook's counsel was contacted and has no objection to the requested remand. Under the circumstances, remand is appropriate.

Accordingly, the Commissioner's Unopposed Motion to Reverse and Remand, *Doc. 10*, is GRANTED. The Commissioner's prior decision is REVERSED and this matter is REMANDED for further administrative proceedings

and issuance of a new decision. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 2nd day of April, 2018.

_____
UNITED STATES MAGISTRATE JUDGE