# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JUDY K. COOK                                              PLAINTIFF

v.                      No. 3:17-cv-296-DPM

NANCY A. BERRYHILL, Acting
Commissioner, Social Security
Administration                                            DEFENDANT

## ORDER

The parties agree that Cook is entitled to an award of attorney's fees. Cook's motion, № 13, is therefore granted. The hours billed and fee requested are reasonable. The Court awards $5,580.00 as an attorney's fee and $400.00 in costs. 28 U.S.C. § 2412(d). Both checks must be made payable to Cook. And they should be mailed to Cook's lawyer.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 May 2018